AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| CHRISTINA COSTA<br>*Plaintiff*<br>v.<br>SEARS HOME IMPROVEMENT PRODUCTS,<br>INC. and SEARS HOLDINGS CORPORATION<br>*Defendant* | )<br>)<br>)  Civil Action No.   12-CV-6235<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

[X] other:   the Plaintiff is awarded a total of $406,163.15 in attorneys' fees and a total of $20,174.76 in costs and disbursements, for a total award of $426,337.91.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

[X] decided by Judge   Elizabeth A. Wolford   on a motion for   attorney fees.

Date:   Nov 8, 2016                                   CLERK OF COURT

                                                    s/Mary C. Lowenguth
                                                    *Signature of Clerk or Deputy Clerk*